UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAMBRA COOPER,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SHOEI SAFETY HELMET CORPORATION, *et al.*,<br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-03129-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on December 28, 2017. Defendant filed its Amended Motion to Dismiss (ECF No.6) on March 20, 2018. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. On April 26, 2018, Plaintiff filed a Motion to Compel (ECF No. 17) Defendants' participation in a Rule 26(f) conference. On April 25, 2018, Plaintiff withdrew her motion to compel. The parties have not filed their stipulated discovery plan and scheduling order. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 5, 2018** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

Dated this 28th day of June, 2018.

_____
GEORGE FOLEY, JR
UNITED STATES MAGISTRATE JUDGE

1