# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kambra Cooper, | Case No.: 2:17-cv-03129-JAD-GWF |
| Plaintiff | **Order directing plaintiff to file proof of service for Shoei Company, Ltd.** |
| v. | |
| Shoei Safety Helmet Corporation, et al., | |
| Defendants | |

This wrongful-death, products-liability action stems from a motorcycle accident that killed Plaintiff Kambra Cooper's son. Cooper alleges that the helmet her son wore during the accident was defective and contributed to his death, so she sues Shoei Company, Ltd. (Shoei), the Japanese corporation that manufactured the helmet, and Shoei Safety Helmet Corp. (SSHC), the California corporation that markets Shoei helmets in the United States.

On April 30, 2018, I granted Shoei's motion to quash service of process because Cooper failed to properly serve the Japanese corporation under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.[1] I also directed Cooper to properly serve Shoei, but she failed to file proof of service in the intervening seven months—even after I flagged this issue in my last order.[2] Accordingly,

IT IS HEREBY ORDERED that Kambra Cooper **must file proof of service for Shoei Company, Ltd. within 14 days of this order**. Failure to do so will result in dismissal of the

---

[1] ECF No. 21 (granting ECF No. 6 in part).

[2] ECF No. 26 at 1 n.2.

claims against Shoei, and because it is the only remaining defendant,[3] closure of this case without additional notice.

Dated: November 27, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] On October 29, 2018, I granted SSHC's motion to dismiss for lack of personal jurisdiction, dismissed Cooper's claims against SSHC without prejudice, and gave Cooper leave to amend if she could plead true facts to cure the deficiencies outlined in my order. ECF No. 26. But Cooper failed to file an amended complaint within the 20 days I allotted her.