

NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
**MORTON LAW, PLLC**
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
(702) 718-3000 Telephone
(702) 435-9828 Facsimile
nadine@mortonlawnv.com

A. J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700 West Charleston Boulevard
Suite 234
Las Vegas, NV 89135
(702) 250-9111 Telephone
ajsharp@sharplawcenter.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the matter of the compromise of the claim of ███████████, <br><br>Minor. | Case No.: 2:17-cv-03129-JAD-ELY <br><br> ECF No. 55 |

### **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**

Upon reading the verified Petition of ███████████ pursuant to NRS Section 41.200, on file herein, for an Order approving the Compromise of Minor's Claim, and it appearing to the Court that the compromise is reasonable and in the best interest of said minor child,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said compromise be approved and that Petitioner KAMBRA COOPER is authorized to accept, on behalf of the minor child ▇▇▇▇▇▇, the sum of TWO THOUSAND DOLLARS ($2,000), which represents ▇▇▇▇▇▇ settlement payment from SHOEI CO., LTD. ("SHOEI") for his wrongful death claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no general guardian needs to be appointed for said minor child and that no bond be required of KAMBRA COOPER in connection with the expenditures of said settlement for the use and benefit of said minor child.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that KAMBRA COOPER be and is hereby authorized and directed to execute a Release Of All Claims as to SHOEI on behalf of ▇▇▇▇▇▇.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner, upon receiving the sum of TWO THOUSAND DOLLARS ($2,000.00) which represents the total compromise of ▇▇▇▇▇▇ claim, shall deposit that money in its entirety in a blocked financial investment—a Certificate of Deposit, in compliance with NRS Section 41.200(8)—with Mountain America Credit Union, 801 West Highway 40, Vernal, Utah, 84078, a financial institution in the State of Utah that is insured by the National Credit Union Insurance Fund.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the funds deposited in a blocked financial investment shall not be liquidated or diminished, without court approval upon showing that the withdrawal is in the best interest of the minor child, prior to ▇▇▇▇▇▇ reaching the age of eighteen (18) years (*i.e.*, September 10, 2032).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that ▇▇▇▇▇▇, may obtain control of or money f▇▇▇▇▇▇

(a) By an order of this Court; or

(b) By certification of this Court that ▇▇▇▇▇▇ has reached the age of 18 years, at which time control of the investment must be transferred to ▇▇▇▇▇▇

- 2 -

▮▮▮▮ or the investment must be closed and the money distributed to ▮▮▮▮▮▮ ▮▮▮▮.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that authority to establish a blocked financial investment—a Certificate of Deposit—for the benefit of ▮▮▮▮▮▮ ▮▮▮▮ is hereby given to the Petitioner.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a status check Hearing before this court is set for __September 8, 2020__, at __3:00__ 'pm, to show compliance with this Order. In the event that proof of compliance with this Order is filed with this Court prior to the date and time set for the status check Hearing, neither Petitioner nor her counsel shall be required to attend the status check Hearing.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 7, 2020

Dated this 5th day of June, 2020.

**MORTON LAW, PLLC**
/s/ Nadine M. Morton
_____
NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135

A. J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700 West Charleston Boulevard
Suite 234
Las Vegas, NV 89135

*Attorneys for Plaintiff*