NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
**MORTON LAW, PLLC**
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
(702) 718-3000 Telephone
(702) 435-9828 Facsimile
nadine@mortonlawnv.com

A. J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700 West Charleston Boulevard
Suite 234
Las Vegas, NV 89135
(702) 250-9111 Telephone
ajsharp@sharplawcenter.com

*Attorneys for Plaintiff Kambra Cooper*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAMBRA COOPER, as Heir of, and Special Representative of the Estate of, SHELDON COOPER, deceased, and as Parent and Guardian of JOSEPH RIDER COOPER, a Minor Child,<br><br>    Plaintiff,<br><br>    v.<br><br>SHOEI COMPANY, LTD, A Japanese Corporation; DOES 1 through 20; ROE CORPORATIONS 1 through 20; DOE PARTNERSHIPS 1 through 20; ROE GOVERNMENT ENTITIES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-03129-JAD-ELY<br><br>**JOINT STIPULATION OF DISMISSAL & ORDER**<br><br>ECF No. 59 |

MORTON LAW, PLLC
11700 West Charleston Blvd., Suite 170-65
Las Vegas, NV 89135
702.718.3000 Telephone 702.435.9828 Facsimile

COME NOW Plaintiff Kambra Cooper, by and through her counsel of record, Nadine M. Morton, Esq. of Morton Law, PLLC, and A. J. Sharp, Esq. of Sharp Law Center, and Defendant Shoei Company LTD, by and through its counsel of record, Philip H. Lo, Esq. of Gordon Rees Scully Mansukhani, LLP, hereby dismisses all claims and causes of action against Defendant Shoei Company LTD, pursuant to Rule 41(a)(1)(A)(ii) and submit their Joint Stipulation of Dismissal to the Court.

The parties represent to this Court that they have jointly agreed upon a resolution of all of the issues in this matter and all final closing documents have been completed and dismissal of the case is proper. Therefore, the Parties respectfully request that the case be dismissed

Dated this 27th day of August, 2020.

**MORTON LAW, PLLC**

/s/ Nadine M. Morton
_____

NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
(702)718-3000
Nadine@mortonlawnv.com

A. J. SHARP, ESQ.
Nevada Bar No. 11457
**SHARP LAW CENTER**
11700 West Charleston Boulevard
Suite 234
Las Vegas, NV 89135
(702) 250-9111 Telephone
ajsharp@sharplawcenter.com

*Attorneys for Plaintiff*
*Kambra Cooper*

**GORDON REES SCULLY
MANSUKHANI, LLP**

/s/ Philip H. Lo
_____

PHILIP H. LO, ESQ.
Nevada Bar No. 12253
300 South Fourth Street
Suite 1550
Las Vegas, NV 89101

*Attorneys For Defendant*
*Shoei Company, LTD.*

**ORDER**

    Based on the parties' stipulation [ECF No. 59] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 1, 2020

MORTON LAW, PLLC
11700 West Charleston Blvd., Suite 170-65
Las Vegas, NV 89135
702.718.3000 Telephone 702.435.9828 Facsimile